# Summit County Clerk of Courts

## YOKOHAMA OFF-HIGHWAY TIRE AMERICA, INC. VS DHAVAL NANAVATI

| Case Number: | File Date: | Case Type: | Judge: |
|---|---|---|---|
| CV-2022-12-4381 | 12/30/2022 | INJUNCTION | ALISON BREAUX |

| Filing Date | By Attorney | Docket Text | Document |
|---|---|---|---|
| 01/18/2023 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served TYRES INTERNATIONAL, INC. | No Image |
| 01/18/2023 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served TYRES INTERNATIONAL, INC. | No Image |
| 01/18/2023 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served MANANSARIA TYRES PRIVATE LIMITED | No Image |
| 01/18/2023 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served DHAVAL NANAVATI | No Image |
| 12/30/2022 | YOKOHAMA OFF-HIGHWAY TIRE AMERICA, INC. | SUMMONS ISSUED BY CERTIFIED MAIL BY Certified Mail TYRES INTERNATIONAL, INC. | View Document |
| 12/30/2022 | YOKOHAMA OFF-HIGHWAY TIRE AMERICA, INC. | SUMMONS ISSUED BY CERTIFIED MAIL BY Certified Mail TYRES INTERNATIONAL, INC. | View Document |
| 12/30/2022 | YOKOHAMA OFF-HIGHWAY TIRE AMERICA, INC. | SUMMONS ISSUED BY CERTIFIED MAIL BY Certified Mail MANANSARIA TYRES PRIVATE LIMITED | View Document |
| 12/30/2022 | YOKOHAMA OFF-HIGHWAY TIRE AMERICA, INC. | SUMMONS ISSUED BY CERTIFIED MAIL BY Certified Mail NANAVATI, DHAVAL | View Document |
| 12/30/2022 | BORLA, ROBERT | CIVIL COMPLAINT FILED | View Document |
| 12/30/2022 | BORLA, ROBERT | INSTRUCTIONS TO CLERK FOR SERVICE | View Document |



EXHIBIT 2